GARY J. AGUIRRE (SBN 38927)
Aguirre Law, APC
501 W. Broadway, Ste. 800
San Diego, CA 92101
Tel: 619-400-4960
Fax: 619-501-7072
Email: Gary@aguirrelawapc.com
Attorney for Plaintiff Maria A. Pomares

RANDY S. GROSSMAN
United States Attorney
KATHERINE L. PARKER
California Bar No. 222629
REBECCA G. CHURCH
California Bar No.: 259652
Assistant U.S. Attorney
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7634/7721
Fax: (619) 546-7751
Email: Katherine.parker@usdoj.gov
Rebecca.church@usdoj.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA A. POMARES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,<br><br>　　　　Defendant. | Case No.: 21cv84 H (MSB)<br><br>**JOINT MOTION FOR THIRD MODIFICATION OF SCHEDULING ORDER TO RESCHEDULE FILING DATES FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

The parties jointly request a modification to the cross-motion for summary judgment deadlines. There is good cause for this request. Defendant had previously withheld investigative records under 5 U.S.C. § 552(b)(7)(A), which protects records in ongoing law

enforcement investigations. On March 24, 2022, VA's OIG published a report relevant to the records sought in this FOIA litigation. *See* https://www.va.gov/oig/pubs/VAOIG-21-02076-119.pdf. In light of that publication, VA-OIG determined that it would no longer rely on Exemption 7(A), and is now processing the underlying investigative records for release. Undersigned defense counsel is informed that this encompasses at least 7,000 pages of records, which are now being reviewed to determine whether any additional exemptions should be applied (such as, for example, redaction of personally identifying information or other privileges where appropriate). That process is underway, but will not be complete before Defendants' April 1, 2022 summary judgment filing deadline.

In light of the above, counsel have conferred and agreed to jointly request another modification to the scheduling order. The parties acknowledge that they have requested two prior modifications of the scheduling order. However, good cause supports this request as set forth above, and the requested modification will allow full consideration of the merits of this case once production is complete, rather than piecemeal while records releases continue. Each of the prior requests was also supported by good cause.

For all of these reasons, the parties jointly move the Court to modify the Scheduling Order as follows:

1. Extend Defendants' deadline to file its motion for summary judgment from April 1, 2022 to May 2, 2022;
2. Extend Plaintiff's deadline to file her motion for summary judgment and any opposition to Defendant's motion for summary judgment from May 16, 2022 to June 17, 2022;
3. Extend Defendants' deadline to file a reply in support of its motion for summary judgment and opposition to Plaintiff's motion for summary judgment from May 30, 2022 to July 1, 2022;
4. Extend Plaintiff's deadline to file a reply in support of her motion for summary judgment from June 13, 2022 to July 14, 2022.

JOINT REQUEST TO RESCHEDULE FILING DEADLINES

  The parties have been effectively meeting and conferring. Through these efforts, the parties have agreed to the above filing schedule. Therefore, there is good cause to grant the parties joint request to reschedule the filing deadlines without prejudice.

DATED: March 29, 2022　　　　　　　　Respectfully submitted,

AGUIRRE LAW, APC

*s/Gary J. Aguirre*
GARY J. AGUIRRE
Attorney for Plaintiff
Maria A. Pomares


RANDY S. GROSSMAN
United States Attorney


 *s/ Katherine L. Parker*
KATHERINE L. PARKER
Assistant United States Attorney

REBECCA G. CHURCH
Assistant United States Attorney
Attorneys for Defendant

## CERTIFICATION

  Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to Gary J. Aguirre and that I have obtained authorization from him to affix his electronic signature to this document.

By: *s/Katherine L. Parker*
KATHERINE L. PARKER