GARY J. AGUIRRE (SBN 38927)
Aguirre Law, APC
501 W. Broadway, Ste. 800
San Diego, CA 92101
Tel: 619-400-4960
Fax: 619-501-7072
Email: Gary@aguirrelawapc.com
Attorney for Plaintiff Maria A. Pomares

RANDY S. GROSSMAN
United States Attorney
KATHERINE L. PARKER
California Bar No. 222629
REBECCA G. CHURCH
California Bar No.: 259652
Assistant U.S. Attorney
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7634/7721
Fax: (619) 546-7751
Email: Katherine.parker@usdoj.gov
Rebecca.church@usdoj.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA A. POMARES,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,<br><br>Defendant. | Case No.: 21cv84 H (MSB)<br><br>**JOINT MOTION FOR FOURTH MODIFICATION OF SCHEDULING ORDER TO RESCHEDULE FILING DATES FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

The parties jointly request a modification to the cross-motion for summary judgment deadlines. There is good cause for this request. Defendant is currently engaged in the process of reviewing, processing, and releasing non-exempt portions of approximately

7,000 pages of investigative records. As set forth in the parties' most recent joint motion, Defendant began that process after it determined at the end of March 2022 that it would no longer rely on FOIA Exemption 7(A) in withholding those records, once the associated VA-OIG report was published. (*See* ECF No. 24.) As part of that processing and review, Defendant has recently identified two batches of records that were provided to VA-OIG by third parties with requests for confidential treatment. The third parties provided these records to VA-OIG in response to OIG subpoenas. VA-OIG is now required to seek input from those third parties regarding their justification for seeking confidentiality. First, OIG must notify the third parties that their records are responsive to a FOIA request, and must allow them ten business days to request confidentiality and justify that request. VA-OIG initiated that process on Friday, April 22, 2022. VA-OIG must then evaluate these entities' positions, and decide whether to (1) release records to Ms. Pomares in response to her FOIA requests or (2) withhold the records as confidential under Exemption (b)(4). If OIG determines that it will release the records, it must give the third-party entities ten business days' notice before doing so, so they can file "reverse FOIA" APA lawsuits to block the release. Because this process is underway, Defendant cannot comply with the current May 2, 2022 summary judgment filing deadline. Defendant has met and conferred with Plaintiff's counsel, and the parties agree to the schedule requested below.

For all of these reasons, the parties jointly move the Court to modify the Scheduling Order as follows:

1. Extend Defendants' deadline to file its motion for summary judgment from May 2, 2022 to May 31, 2022;
2. Extend Plaintiff's deadline to file her motion for summary judgment and any opposition to Defendant's motion for summary judgment from June 17, 2022 to July 15, 2022;
3. Extend Defendants' deadline to file a reply in support of its motion for summary judgment and opposition to Plaintiff's motion for summary judgment from July 1, 2022 to July 29, 2022;

4. Extend Plaintiff's deadline to file a reply in support of her motion for summary judgment from July 14, 2022 to August 11, 2022.

JOINT REQUEST TO RESCHEDULE FILING DEADLINES

The parties have been effectively meeting and conferring. Through these efforts, the parties have agreed to the above filing schedule. Therefore, there is good cause to grant the parties joint request to reschedule the filing deadlines without prejudice.

DATED: April 28, 2022                Respectfully submitted,

AGUIRRE LAW, APC

s/Gary J. Aguirre
GARY J. AGUIRRE
Attorney for Plaintiff
Maria A. Pomares


RANDY S. GROSSMAN
United States Attorney


 s/ Katherine L. Parker
KATHERINE L. PARKER
Assistant United States Attorney


REBECCA G. CHURCH
Assistant United States Attorney
Attorneys for Defendant

## CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to Gary J. Aguirre and that I have obtained authorization from him to affix his electronic signature to this document.

By: s/Katherine L. Parker
KATHERINE L. PARKER